UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                              Bankr. Case No. 24-11129-SLM

Jamel GLASCO                                                      Chapter 13

      Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

       Mandy Youngblood
       PO Box 183853
       Arlington, TX  76096
       877-203-5538
       877-259-6417
       Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                  Bankr. Case No. 24-11129-SLM

Jamel GLASCO                                                                    Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on February 14, 2024 :

| | |
|---|---|
| John A. Lipowski<br>PO Box 204<br>Morristown, NJ 07963 | Marie-Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx47803 / 1086614