Certificate Number: 14912-NJ-DE-038288177

Bankruptcy Case Number: 24-11129



14912-NJ-DE-038288177

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 17, 2024</u>, at <u>9:10</u> o'clock <u>PM EDT</u>, <u>Jamel Glasco</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>March 17, 2024</u>

By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>