JOHN A. LIPOWSKI
60 WASHINGTON ST.
PO BOX 204
MORRISTOWN, NJ  07963

Re:   JAMEL GLASCO
      2 AURIEMMA COURT
      LANDING,  NJ  07850

Atty:  JOHN A. LIPOWSKI
       60 WASHINGTON ST.
       PO BOX 204
       MORRISTOWN, NJ  07963

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 24-11129

### RECEIPTS AS OF 01/01/2025    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/08/2024 | $980.00 | | 04/08/2024 | $980.00 | |
| 05/09/2024 | $980.00 | | 06/06/2024 | $980.00 | |
| 07/09/2024 | $980.00 | | 08/08/2024 | $980.00 | |
| 09/10/2024 | $980.00 | | 10/08/2024 | $980.00 | |
| 11/08/2024 | $980.00 | | 12/09/2024 | $980.00 | |

**Total Receipts: $9,800.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $9,800.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| M&T BANK | | | | | | |
| | 05/10/2024 | $2,681.07 | 927,262 | 06/17/2024 | $893.69 | 928,621 |
| | 07/15/2024 | $379.71 | 930,137 | | | |
| SANTANDER CONSUMER USA INC. | | | | | | |
| | 05/10/2024 | $23.73 | 928,104 | 06/17/2024 | $7.91 | 929,572 |
| | 07/15/2024 | $3.36 | 930,991 | | | |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 696.34 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 35.00 | 100.00% | 35.00 | 0.00 |
| 0003 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 7,994.91 | 100.00% | 981.42 | 7,013.49 |
| 0004 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 15,181.56 | 100.00% | 1,863.64 | 13,317.92 |
| 0005 | AMERICREDIT FINANCIAL SERVICES, INC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | M&T BANK | (NEW) Prepetition A | 3,954.47 | 100.00% | 3,954.47 | 0.00 |
| 0007 | PUBLIC SERVICE FCU | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | SYNCHRONY BANK | UNSECURED | 169.05 | 100.00% | 20.75 | 148.30 |

**Chapter 13 Case # 24-11129**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0009 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | US ALLIANCE FEDERAL CREDIT UNION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | WELLS FARGO BANK NA | UNSECURED | 25,388.39 | 100.00% | 3,116.60 | 22,271.79 |
| 0014 | WELLS FARGO BANK NA | UNSECURED | 983.93 | 100.00% | 120.78 | 863.15 |

**Total Paid: $10,789.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $9,800.00    -    Paid to Claims: $10,092.66    -    Admin Costs Paid: $696.34    =    Funds on Hand: $0.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.