| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br><br>JAMEL GLASCO | Case No.: 24-11129<br><br>Adv. No.:<br><br>Hearing Date:  09/10/2025<br><br>Judge:  SLM |

### CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/05/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
JAMEL GLASCO
2 AURIEMMA COURT
LANDING, NJ  07850
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JOHN A. LIPOWSKI
60 WASHINGTON ST.
PO BOX 204
MORRISTOWN, NJ  07963
Mode of Service:  ECF and/or Regular Mail

Dated:  August 05, 2025

By:  /S/  Sheila Alvarado
Sheila Alvarado