Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  24−11129−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jamel GLASCO
   2 Auriemma Court
   Landing, NJ 07850

Social Security No.:
   xxx−xx−9585

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 24, 2025.

Dated: September 25, 2025
JAN: rah

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-11129-SLM

Jamel GLASCO  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3

Date Rcvd: Sep 25, 2025     Form ID: plncf13     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamel GLASCO, 2 Auriemma Court, Landing, NJ 07850-1328 |
| 520155338 | + | Bob's Discount Furniture, 428 Tolland Turnpike, Manchester, CT 06042-1765 |
| 520430959 | + | Chrysler Capital, c/o William E. Craig, Esquire, Eisenberg, Gold & Agrawal, P.C., 1040 North Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |
| 520155345 | + | Public Service FCU, 619 Union Avenue, Middlesex, NJ 08846-1963 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 25 2025 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 25 2025 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 25 2025 20:54:00 | AmeriCredit Financial Services dba GM, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 25 2025 20:54:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 25 2025 20:54:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520163404 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 25 2025 20:54:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520162564 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 25 2025 20:54:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520172048 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 25 2025 20:54:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 520155339 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 25 2025 20:54:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 520155341 | | Email/Text: mrdiscen@discover.com | Sep 25 2025 20:53:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 520159643 | | Email/Text: mrdiscen@discover.com | Sep 25 2025 20:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520155342 | | Email/Text: administrative@foundationfinance.com | Sep 25 2025 20:54:00 | Foundation Finance, PO Box 437, Schofield, WI 54476 |
| 520204204 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 25 2025 20:54:00 | Foundation Finance Company, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520155343 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Sep 25 2025 20:54:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 520222493 | Email/Text: camanagement@mtb.com | Sep 25 2025 20:54:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520155344 | Email/Text: camanagement@mtb.com | Sep 25 2025 20:54:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 520224799 + | Email/PDF: ebn_ais@aisinfo.com | Sep 25 2025 21:10:14 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520155346 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2025 21:10:54 | Synchrony Bank/Lowes, Attn. Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 520155347 + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 25 2025 21:10:54 | U.S. Department of Housing and Urban Dev, 451 7th Street S.W., Washington, DC 20410-0002 |
| 520157268 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 25 2025 21:10:54 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520155348 | Email/Text: bankruptcy@usalliance.org | Sep 25 2025 20:53:00 | US Alliance Federal Credit Union, 411 Theodore Freeman Avenue, Rye, NY 10580 |
| 520198015 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 26 2025 01:32:43 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520155349 + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 26 2025 01:32:43 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520155340 | *+ | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 520155350 | *+ | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 25, 2025 | Form ID: plncf13 | Total Noticed: 27 |

John A. Lipowski
    on behalf of Debtor Jamel GLASCO jal1001@aol.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

William E. Craig
    on behalf of Creditor GM Financial wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7