JOHN A. LIPOWSKI
60 WASHINGTON ST.
PO BOX 204
MORRISTOWN, NJ 07963

Re: JAMEL GLASCO
2 AURIEMMA COURT
LANDING, NJ 07850

Atty: JOHN A. LIPOWSKI
60 WASHINGTON ST.
PO BOX 204
MORRISTOWN, NJ 07963

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
**Chapter 13 Case # 24-11129**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/08/2024 | $980.00 | | 04/08/2024 | $980.00 | |
| 05/09/2024 | $980.00 | | 06/06/2024 | $980.00 | |
| 07/09/2024 | $980.00 | | 08/08/2024 | $980.00 | |
| 09/10/2024 | $980.00 | | 10/08/2024 | $980.00 | |
| 11/08/2024 | $980.00 | | 12/09/2024 | $980.00 | |
| 01/10/2025 | $989.00 | | 02/10/2025 | $989.00 | |
| 03/10/2025 | $989.00 | | 04/08/2025 | $989.00 | |
| 05/23/2025 | $989.00 | | 06/09/2025 | $989.00 | |
| 07/09/2025 | $989.00 | | 08/08/2025 | $989.00 | |
| 09/09/2025 | $989.00 | | 10/08/2025 | $989.00 | |
| 11/10/2025 | $1,800.00 | | 12/08/2025 | $1,800.00 | |
| 01/09/2026 | $1,800.00 | | | | |

**Total Receipts: $25,090.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $25,090.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC. | | | | | | |
| | 10/20/2025 | $2,809.17 | 951,702 | 11/17/2025 | $702.88 | 953,176 |
| | 12/15/2025 | $366.46 | 954,584 | 01/12/2026 | $366.55 | 956,000 |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | |
| | 01/13/2025 | $981.42 | 939,205 | 03/17/2025 | $298.99 | 941,953 |
| | 04/14/2025 | $149.50 | 943,413 | 06/16/2025 | $302.17 | 946,270 |
| | 07/14/2025 | $151.09 | 947,714 | 11/17/2025 | $158.99 | 953,339 |
| | 12/15/2025 | $213.15 | 954,747 | 01/12/2026 | $213.14 | 956,157 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | |
| | 01/13/2025 | $1,863.64 | 8,004,415 | 03/17/2025 | $567.75 | 8,004,502 |
| | 04/14/2025 | $283.88 | 8,004,546 | 06/16/2025 | $573.79 | 8,004,622 |
| | 07/14/2025 | $286.90 | 8,004,666 | 11/17/2025 | $301.90 | 8,004,827 |
| | 12/15/2025 | $404.76 | 8,004,865 | 01/12/2026 | $404.73 | 8,004,906 |

**Chapter 13 Case # 24-11129**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| M&T BANK | | | | | | |
| | 05/10/2024 | $2,681.07 | 927,262 | 06/17/2024 | $893.69 | 928,621 |
| | 07/15/2024 | $379.71 | 930,137 | | | |
| SANTANDER CONSUMER USA INC. | | | | | | |
| | 05/10/2024 | $23.73 | 928,104 | 06/17/2024 | $7.91 | 929,572 |
| | 07/15/2024 | $3.36 | 930,991 | | | |
| SYNCHRONY BANK | | | | | | |
| | 01/13/2025 | $20.75 | 938,880 | 03/17/2025 | $6.32 | 941,615 |
| | 06/16/2025 | $9.55 | 945,900 | 11/17/2025 | $6.56 | 952,940 |
| | 01/12/2026 | $9.02 | 955,774 | | | |
| WELLS FARGO BANK NA | | | | | | |
| | 01/13/2025 | $3,116.60 | 939,931 | 01/13/2025 | $120.78 | 939,931 |
| | 03/17/2025 | $949.46 | 942,745 | 03/17/2025 | $36.81 | 942,745 |
| | 04/14/2025 | $474.72 | 944,152 | 04/14/2025 | $18.39 | 944,152 |
| | 06/16/2025 | $959.57 | 947,043 | 06/16/2025 | $37.19 | 947,043 |
| | 07/14/2025 | $479.78 | 948,483 | 07/14/2025 | $18.59 | 948,483 |
| | 11/17/2025 | $504.88 | 954,057 | 11/17/2025 | $19.57 | 954,057 |
| | 12/15/2025 | $676.89 | 955,482 | 12/15/2025 | $26.23 | 955,482 |
| | 01/12/2026 | $676.84 | 956,876 | 01/12/2026 | $26.23 | 956,876 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,504.94 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | SANTANDER CONSUMER USA INC. | VEHICLE SECURI | 35.00 | 100.00% | 35.00 | 0.00 |
| 0003 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 7,994.91 | 100.00% | 2,468.45 | 5,526.46 |
| 0004 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 15,181.56 | 100.00% | 4,687.35 | 10,494.21 |
| 0005 | AMERICREDIT FINANCIAL SERVICES, IN | UNSECURED | 13,749.21 | 100.00% | 4,245.06 | 9,504.15 |
| 0006 | M&T BANK | (NEW) Prepetition A | 3,954.47 | 100.00% | 3,954.47 | 0.00 |
| 0007 | PUBLIC SERVICE FCU | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | SYNCHRONY BANK | UNSECURED | 169.05 | 100.00% | 52.20 | 116.85 |
| 0009 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | US ALLIANCE FEDERAL CREDIT UNION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | WELLS FARGO BANK NA | UNSECURED | 25,388.39 | 100.00% | 7,838.74 | 17,549.65 |
| 0014 | WELLS FARGO BANK NA | UNSECURED | 983.93 | 100.00% | 303.79 | 680.14 |

**Total Paid: $25,090.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $25,090.00 - Paid to Claims: $23,585.06 - Admin Costs Paid: $1,504.94 = Funds on Hand: $0.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.